**BRYAN CAVE LLP**
ROBERT E. BOONE III (CA Bar No. 132780)
JENNIFER A. JACKSON (CA Bar No. 192998)
KRISTINE M. NOYES (CA Bar No. 251708)
120 Broadway, Suite 300
Santa Monica, California  90401-2386
Telephone:   (310) 576-2100
Facsimile:   (310) 576-2200
E-Mail:      reboone@bryancave.com
             jjackson@bryancave.com
             kristine.noyes@bryancave.com

Attorneys for Defendant
Countrywide Home Loans, Inc.

J S - 6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ZUNIGA, an individual, and FILIBERTO RODRIGUEZ, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> NEW CENTURY MORTGAGE CORPORATION, a California corporation; COUNTRYWIDE HOME LOANS, INC., a California corporation and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. CV07-03442 ODW (JTLx) <br><br> **ORDER DISMISSING ACTION PURSUANT TO F.R.C.P. 41(a)(1)(ii)** <br><br> Complaint Filed:  March 27, 2007 <br><br> Trial:     August 12, 2008, 9:00 a.m. |

Pursuant to stipulation of the parties dated August 1, 2008,

IT IS ORDERED THAT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the above-captioned action is dismissed without prejudice.

DATED:  August 5, 2008

_____
Honorable Otis D. Wright II

[PROPOSED] ORDER DISMISSING ACTION

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386